# Exhibit "A"

**EXECUTIVE ORDER NO. 21-05**
**(Statewide Limits for Social Gatherings, Restaurants, Bars,**
**and Social Establishments)**

WHEREAS, on March 4, 2020, I issued a Proclamation declaring a state of

emergency to support ongoing State and county responses to the Coronavirus Disease

(COVID-19);

WHEREAS, I subsequently issued several proclamations related to the COVID-

19 pandemic, including proclamations that *inter alia* suspended certain laws to enable

State and county responses to COVID-19; and implemented a mandatory self-

quarantine for all persons entering the State and traveling between counties, mandated

safe practices to reduce the spread of COVID-19, and instituted a vaccination and

testing policy for all State and county employees;

WHEREAS, Delta, a highly contagious SARS-CoV-2 virus strain, has resulted in

spiking case numbers around the world and in the United States of America, and

continues to spread at an alarming rate in our State;

WHEREAS, the Delta variant of the SARS-CoV-2 virus has changed the course

of the pandemic in our State urgently, such that the COVID-19 continues to endanger

the health, safety, and welfare of the people of Hawaiʻi and requires the immediate and

serious attention, effort, and sacrifice of all people in the State to avert unmanageable

strains on our healthcare system and other catastrophic impacts to the State;

WHEREAS, despite the success of the State's mitigation and vaccination efforts,

based on recent events surrounding the sudden rise of COVID-19 cases as a result of

the Delta variant, hospitalizations, and deaths and the strong recommendation from our

Department of Health and other experts assisting in the ongoing COVID-19 response,

the implementation of statewide limits for social gatherings, as well as additional

provisions for restaurants, bars, and social establishments is necessary.

NOW, THEREFORE, I, David Y. Ige, Governor of Hawaiʻi, pursuant to my

executive authority under article V of the Constitution of the State of Hawaiʻi, chapter

127A, Hawaiʻi Revised Statutes, and all other applicable authority, do hereby order,

effective August 10, 2021, the following:

1.      For statewide implementation and as defined by each county (and in

accordance with definitions specified by each county):

a.      Social Gatherings.  Indoor social gatherings of more than ten

persons and outdoor social gatherings of more than twenty-five persons are prohibited.

b.      Restaurants, Bars, and Social Establishments.  Restaurants, bars,

and social establishments will implement the following guidelines while maintaining the

required social gathering sizes set forth above and as may be further specified by the

counties:

i.      Patrons must remain seated with their party.

ii.      Six feet distancing must be maintained between groups.

iii.      No mingling.

iv.      Masks must be worn at all times except when actively eating

or drinking.

c.      Professional Events.  Professional events must comply with all state and

county orders, rules, and directives regarding operation. Those organizing professional

events larger than fifty (50) persons, in order to ensure appropriate safe practices, shall

notify and consult with the appropriate county agency reasonably prior to the event

        d.      <u>Restrictions on Indoor Capacity</u>.  For all high-risk activities, indoor capacity is set at 50%.  This includes bars, restaurants, gyms, and social establishments.

        2.      Statewide limitations set forth herein will <u>not</u> otherwise affect the counties' COVID-19 policies regarding other categories of activity.

        3.      All measures set forth herein will be enforced by the counties pursuant to county orders, rules, and directives that identify offenses and penalties for each county.

        4.      This order supersedes less restrictive orders, rules, or directives of any of the counties to the limited extent necessary to carry out the limitations and restrictions contained herein.

        5.      Notwithstanding the provisions set forth herein, the mayor of any county may issue orders, rules, or directives that are more restrictive.

        6.      Unless superseded by a subsequent order, this Emergency Order shall terminate on October 18, 2021.

Done at the State Capitol, Honolulu, State of Hawai'i, this 10th day of August, 2021.

_____
DAVID Y. IGE,
*Governor of Hawai'i*

APPROVED AS TO FORM:

_____
Clare E. Connors
*Attorney General*
*State of Hawai'i*